UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM RYAN BRANSON,<br><br>　　　　Defendant. | Case No. 4:16-cr-00023-BLW-1<br><br>**FINAL ORDER OF FORFEITURE** |

　　　WHEREAS, on June 13, 2017, this Court entered a Preliminary Order of Forfeiture (Dkt. 68) pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2), based upon the Rule 11 Plea Agreement of WILLIAM RYAN BRANSON (Dkt. 52), forfeiting properties described in the forfeiture allegation of the Second Superseding Indictment and as set out in the Preliminary Order.

　　　WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

　　　AND WHEREAS, no claims were filed.

FINAL ORDER OF FORFEITURE - 1

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (Dkt. 88) is GRANTED. The Court further directs the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the United States Marshals Service, and/or its agents, to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

A. <u>Cash Proceeds (Money Judgment)</u>: At least $7,630 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the offenses of conviction, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

B. <u>Seized Currency</u>: The sum of approximately $37,152 in United States currency, seized from the defendant.

Having clear title, and pursuant to 21 U.S.C. § 853(n)(7), the United States may warrant good title to any subsequent purchaser or transferee.

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as income

**FINAL ORDER OF FORFEITURE - 2**

derived as a result of the United States Department of Justice's management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, and the payment of mortgages as noted herein, shall be deposited forthwith by the United States Department of Justice into the Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 881(e).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order and as to related forfeiture matters herein; and

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: August 17, 2017

B. Lynn Winmill
Chief Judge
United States District Court

**FINAL ORDER OF FORFEITURE - 3**